

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00806-CR

Jose Pedro **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-CVJ-001898-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on January 14, 2019. *See* TEX. R. APP. P. 38.6(a). Before the extended due date, Appellant filed a motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on February 13, 2019.

**Any further motion for extension of time to file Appellant's brief will be disfavored.**

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court